UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| VICKY B., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:24-cv-00407-SDN |
| ) | |
| LELAND DUDEK, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

Plaintiff filed this action for judicial review of the Commissioner's final decision denying Social Security disability insurance benefits. On February 11, 2025, the Court issued a procedural order directing Plaintiff to file her brief by March 13, 2025. The next day, Plaintiff emailed the U.S. Attorney's Office for the District of Maine, stating in relevant part:

> My name is Vicky [B.] and I wish to cancel this case entirely. . . . I have taken it as far as I can and do not have the energy to continue fighting this. If this email is enough to do the trick, please forward to whomever needs to see it.

ECF No. 10-1 at 1–2. The Commissioner moved to dismiss, attaching Plaintiff's email as an exhibit demonstrating Plaintiff's "unambiguous desire to not prosecute this case." ECF No. 10 at 2. On March 14, 2025, the Magistrate Judge recommended granting the Commissioner's motion. ECF No. 11. As the Magistrate Judge explained, Plaintiff neither opposed the Commissioner's motion to dismiss nor filed a brief on the merits pursuant to the Court's procedural order. Furthermore, Plaintiff did not pay the filing fee or apply to proceed in forma pauperis.

1

The time within which to file objections expired on March 28, 2025, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal. Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in her Recommended Decision.

Therefore, the Court **AFFIRMS** and **ADOPTS** the Recommended Decision. ECF No. 11. The Commissioner's final administrative decision is **AFFIRMED**.

**SO ORDERED.**

Dated this 16th day of April, 2025.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**